SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cecilia Kirks | Case No. **2:10-cv-02752-WBS-DAD** |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 23, 2011 FOR DEFENDANT YOUNG ENTERPRISES, INCORPORATED TO RESPOND TO COMPLAINT |
| vs. | |
| Kuhl Enterprises, LLC, et al | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Young Enterprises, Incorporated, by and through their respective attorneys of record, Scott N. Johnson; David W. Holochuck, stipulate as follows:

1. An extension of time has been previously obtained for Defendant Young Enterprises,

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Incorporated until January 24, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Young Enterprises, Incorporated is granted an extension until February 23, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Young Enterprises, Incorporated response will be due no later than February 23, 2011.

IT IS SO STIPULATED effective as of January 21, 2011

Dated:   January __, 2011                    _____

David W. Holochuck,

Attorney for Defendant

Young Enterprises,

Incorporated

Dated:   January 21, 2011                    /s/Scott N. Johnson _____

Scott N. Johnson,

Attorney for Plaintiff

1  **IT IS SO ORDERED:** that Defendant Young Enterprises, Incorporated shall have until February 23, 2011 to respond to complaint.

Dated: January 26, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE