SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Cecilia Kirks

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Cecilia Kirks, | ) Case No. **2:10-cv-02752-WBS-DAD** |
| Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** ) **OF EMERALD PARK CO** |
| vs. | ) ) Case to Remain Open as to |
| Kuhl Enterprises, LLC, et al, | ) Remaining Defendants |
| Defendants | ) ) ) ) ) |

IT IS HEREBY ORDERED THAT Defendant, Emerald Park Co., be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).  This action is to remain open with remaining Defendants.

Date:  June 27, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL