SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Cecilia Kirks

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Cecilia Kirks )  Case No. **2:10-cv-02752-WBS-DAD**
               )
    Plaintiff, )  **ORDER RE: STIPULATED DISMISSAL**
               )
    vs.        )
               )
Kuhl Enterprises, LLC, et al, )
               )
    Defendants )
               )
               )
               )

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  October 11, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-10-cv-02752-WBS-DAD- 1